

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-29-2011

# Natl City Mtg Co v. Brian Stephen

Precedential or Non-Precedential: Precedential

Docket No. 09-1731

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Natl City Mtg Co v. Brian Stephen" (2011). *2011 Decisions.* Paper 416.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/416

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-1731
_____

NATIONAL CITY MORTGAGE COMPANY,
Appellant

v.

BRIAN STEPHEN; ELAINE K. STEPHEN
_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Civil Action No. 3-07-cv-02070)
District Judge: Honorable James M. Munley
_____

Argued January 5, 2011

Before: AMBRO and  FISHER, Circuit Judges
and SÁNCHEZ,* District Judge

(Opinion filed July 22, 2011)

**<u>ORDER  AMENDING  PRECEDENTIAL  OPINION</u>**

AMBRO, <u>Circuit Judge</u>

　　　　IT IS NOW ORDERED that the published Opinion in the above case filed July 22, 2011, be amended as follows:

　　　　On page 3, second full paragraph, line 1, insert a comma after "2007".

_____

　　*  Honorable Juan R. Sánchez, District Court Judge, Eastern District of Pennsylvania, sitting by designation.

On page 5, footnote 5, line 4, replace "fall back" with "fallback".

On page 11, line 7, delete the comma after "categories".

On page 13, first full paragraph, penultimate line, delete "jurisdiction over" and replace it with "the power to resolve", so that the phrase reads "the Court had the power to resolve the ensuing controversy."

On page 16, line 4, replace "agreed" with "contended".

On page 16, line 10, replace "problem" with "problems".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: September 29, 2011